# United States District Court
# Western District of North Carolina
# Divisional Office Division

| | | |
|---|---|---|
| Larry R. Tart , | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner | ) | 1:13-cv-00282 |
| | ) | |
| vs. | ) | |
| | ) | |
| Vickie Sellers **, et al** | ) | |
| | ) | |
| Respondent | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 4, 2013 Order.

November 4, 2013

Frank G. Johns, Clerk
United States District Court